# EXHIBIT A
## TO THE DECLARATION OF REBECCA L. WOODINGS

# TradeIQ™ Import Subscription Options

|  | Lite | Professional | Enterprise |
|---|---|---|---|
| **Searches & Support (Personalized Training)** | Unlimited | Unlimited | Unlimited (10 users) |
| **Downloads** | Unlimited (1,000 shipments/download) | Unlimited (5,000 shipments/download) | Unlimited (20,000 shipments/download) |
| **Historical Data** | 13 months rolling | January 1, 2003+ (Trending & Charting) | January 1, 2003+ (Trending & Charting) |
| **Schedule & Send Automated Email Reports** |  | ✓ | ✓ |
| **TradeView™ Import & Export** |  | ✓ | ✓ |
| **Master Bills of Lading** |  | ✓ | ✓ |
| **Advanced (Searching, Views, Reporting)** | Limited | Several | ✓ |
| **12 Month Subscription** | **$2,995** | **$5,995** | **$9,995** |
| **Additional Services** | | | |
| **TradeIQ™ Export** | $3,495 (bundled discount from $3,995) | $3,245 (bundled discount from $3,995) | $4,995 (bundled discount from $5,995) |
| **ComplianceIQ™** | $1,795 (bundled discount from $1,995) | $1,595 (bundled discount from $1,995) | $2,395 (bundled discount from $2,995) |

© 2013 Zepol Confidential