# EXHIBIT C
## TO THE DECLARATION OF
## REBECCA L. WOODINGS

| Bill_Of_Lading_Nbr | Arrival_Date | Mode_Transport | Foreign_Port_Lading | Place_Receipt_Country | Place_Receipt | DP_Of_Unlading | Weight | Weight_Unit | Manifest_Qty | Manifest_Units | Measurement | Measurement_Unit | Actual_Arrival | Shipper_Name | Shipper_Addr_1 | Shipper_Addr_2 | Shipper_Addr_3 | Shipper_Addr_4 | Consignee_Name | Notify_Name | Notify_Addr_1 | Notify_Addr_2 | Notify_Addr_3 | Notify_Addr_4 | Notify_2_Name | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] 910 84818019 84819 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] 910 84818019 Hs#84 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO61606120 | 09/21/2010 | 11 | 42870 - Bremerhaven, Federal Republic of Germany | Poland | Szczecin | 4601 - Newark, NJ | 18,399 | KG | 48 | COL | 0 | CM | 09/11/2010 | Victaulic Polska Sp. Z O.o | Ul. Niepodleglosci 8 | 66-530 Drezdenko Pl | | | Victaulic Company | | | | | | | 48 | Iron Castings Hs#73071910 84819000 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO61606089 | 09/27/2010 | 11 | 42870 - Bremerhaven, Federal Republic of Germany | Poland | Szczecin | 4601 - Newark, NJ | 19,296 | KG | 40 | COL | 0 | CM | 09/27/2010 | Victaulic Polska Sp. Z O.o | Ul. Niepodleglosci 8 | 66-530 Drezdenko Pl | | | Victaulic Company | | | | | | | 40 | Iron Castings Hs#73071910 84819000 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO61606682 | 03/07/2011 | 11 | 42157 - Rotterdam, Netherlands | Poland | Szczecin | 4601 - Newark, NJ | 14,109 | KG | 39 | COL | 0 | CM | 03/06/2011 | Victaulic Polska Sp. Z O.o | Ul. Niepodleglosci 8 | 66-530 Drezdenko Pl | | | Victaulic Company | | | | | | | 39 | Iron Castings Hs#73071910 84819000 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO61608198 | 03/06/2012 | 11 | 42157 - Rotterdam, Netherlands | Poland | Szczecin | 4601 - Newark, NJ | 13,302 | KG | 39 | COL | 0 | CM | 03/06/2012 | Victaulic Polska Sp. Z O.o | Ul. Niepodleglosci 8 | 66-530 Drezdenko Pl | | | Victaulic Company | | | | | | | 39 | Iron Castings Hs#73071910 84819000 | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO61606668 | 03/07/2011 | 11 | 42157 - Rotterdam, Netherlands | Poland | Szczecin | 4601 - Newark, NJ | 20,414 | KG | 59 | COL | 0 | CM | 03/05/2011 | Victaulic Polska Sp. Z O.o | Ul. Niepodleglosci 8 | 66-530 Drezdenko Pl | | | Victaulic Company | | | | | | | 59 | Iron Castings Hs#73071910 Gasket Form Hs | No Marks | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COSU6084528040 | 11/18/2008 | 11 | 42870 - Bremerhaven, Federal Republic of Germany | Poland | Szczecin | 4601 - Newark, NJ | 6,842 | KG | 424 | CTN | 16 | CM | 11/17/2008 | Victaulic Polska Sp. Z O.o. | Ul. Niepodleglosci 8 Drezdenko , Pol | And | | | Victaulic International | Victaulic International | 4901 Kesslerville Road Easton Pa, U | Nited States | | | | 424 | Pipe Fittings And Couplings | N/m | FCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO613007644 | 01/05/2009 | 11 | 52000 - All Other United Arab Emirates Ports, United Arab Emirates | United Arab Emirates | Dubai | 4601 - Newark, NJ | 1,131 | KG | 2 | BXS | 3 | CM | 01/05/2009 | Victaulic Middle East | W/h Xb7/8, Behind Dnata W/h | Po Box # 17683 | Jebel Ali Ae | | Victaulic International | | | | | | | 2 | Coupling Malleable | No Marks | LCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EXDO613009150 | 11/13/2010 | 11 | 52000 - All Other United Arab Emirates Ports, United Arab Emirates | United Arab Emirates | Dubai | 1001 - New York, NY | 417 | KG | 1 | BXS | 1 | CM | 10/30/2010 | Victaulic Middle East | P.o. Box 17683 | Jebel Ali Free Zone | Dubai Ae | | Victaulic International | | | | | | | 1 | Coupling Malleable | No Marks | LCL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |