# EXHIBIT D
## TO THE DECLARATION OF
## REBECCA L. WOODINGS

| Bill_Of_Lading_Nbr | Arrival_Date | Mode_Transport | Foreign_Port_Lading | Place_Receipt_Country | Place_Receipt | DP_Of_Unlading | Weight | Weight_Unit | Manifest_Qty | Manifest_Units | Measurement | Measurement_Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXDO615628634 | 06/18/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 60,993 | KG | 181 | PKG | 122 | CM |
| EXDO62Y0011850 | 06/18/2012 | 11 | 58023 - Pusan, Korea, South | China | Qingdao | 3001 - Seattle, WA | 5,800 | KG | 20 | PKG | 14 | CM |
| EXDO615628560 | 06/20/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 152,434 | KG | 525 | PKG | 310 | CM |
| EXDO615628628 | 06/25/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 124,453 | KG | 421 | PKG | 248 | CM |
| EXDO615628704 | 06/25/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 32,404 | KG | 120 | PKG | 63 | CM |
| EXDO615628678 | 06/25/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,632 | KG | 23 | PKG | 13 | CM |
| EXDO62R0041503 | 06/25/2012 | 11 | 57020 - Ning Bo, China | China | Ningbo | 2704 - Los Angeles, CA | 124 | KG | 8 | CTNS | 0 | CM |
| EXDO615628748 | 07/02/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 14,027 | KG | 56 | PKG | 33 | CM |
| EXDO615628779 | 07/02/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 48,479 | KG | 161 | PKG | 117 | CM |
| EXDO615628720 | 07/04/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 142,802 | KG | 467 | PKG | 276 | CM |
| EXDO615628823 | 07/09/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 20,045 | KG | 78 | PKG | 37 | CM |
| EXDO615628822 | 07/09/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 9,063 | KG | 30 | PKG | 17 | CM |
| EXDO615628973 | 07/10/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 10,100 | KG | 36 | PKG | 21 | CM |
| EXDO615628974 | 07/10/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 30,253 | KG | 106 | PKG | 76 | CM |
| EXDO615628778 | 07/11/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 161,046 | KG | 536 | PKG | 316 | CM |
| EXDO615628888 | 07/16/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 39,601 | KG | 130 | PKG | 92 | CM |
| EXDO615628887 | 07/16/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 5,420 | KG | 20 | PKG | 12 | CM |
| EXDO615629054 | 07/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 9,342 | KG | 23 | PKG | 14 | CM |
| EXDO615629055 | 07/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 27,304 | KG | 102 | PKG | 51 | CM |
| EXDO615628831 | 07/18/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 149,341 | KG | 461 | PKG | 272 | CM |
| EXDO615628902 | 07/18/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 32,241 | KG | 144 | PKG | 72 | CM |
| EXDO62R0043220 | 07/21/2012 | 11 | 57020 - Ning Bo, China | China | Ningbo | 2704 - Los Angeles, CA | 167 | KG | 10 | CTNS | 1 | CM |
| EXDO615629005 | 07/25/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 144,947 | KG | 467 | PKG | 276 | CM |
| EXDO62R0044873 | 07/26/2012 | 11 | 57020 - Ning Bo, China | China | Ningbo | 2704 - Los Angeles, CA | 427 | KG | 22 | CTNS | 1 | CM |
| EXDO615629013 | 08/01/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 159,559 | KG | 551 | PKG | 325 | CM |
| EXDO62R0044282 | 08/04/2012 | 11 | 57020 - Ning Bo, China | China | Ningbo | 2704 - Los Angeles, CA | 225 | KG | 13 | CTNS | 0 | CM |
| EXDO615629088 | 08/08/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 172,389 | KG | 595 | PKG | 351 | CM |
| EXDO615629205 | 08/13/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 30,522 | KG | 116 | PKG | 60 | CM |
| EXDO615629206 | 08/13/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 12,292 | KG | 51 | PKG | 30 | CM |
| EXDO615629126 | 08/13/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 19,637 | KG | 79 | PKG | 54 | CM |
| EXDO615629143 | 08/13/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 7,114 | KG | 32 | PKG | 18 | CM |
| EXDO615629165 | 08/15/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 156,589 | KG | 503 | PKG | 297 | CM |
| EXDO62R0045393 | 08/18/2012 | 11 | 57020 - Ning Bo, China | China | Ningbo | 2704 - Los Angeles, CA | 162 | KG | 9 | CTNS | 0 | CM |
| EXDO62Y0013721 | 08/18/2012 | 11 | 58023 - Pusan, Korea, South | China | Qingdao | 1001 - New York, NY | 6,600 | KG | 22 | CS | 15 | CM |
| EXDO615629285 | 08/22/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 7,236 | KG | 24 | PKG | 14 | CM |
| EXDO615629286 | 08/22/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 39,273 | KG | 136 | PKG | 84 | CM |
| EXDO615629244 | 08/24/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 2704 - Los Angeles, CA | 156,469 | KG | 517 | PKG | 305 | CM |
| EXDO615629348 | 08/27/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 30,688 | KG | 118 | PKG | 62 | CM |
| EXDO615629349 | 08/27/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,780 | KG | 23 | PKG | 14 | CM |
| EXDO615629410 | 09/03/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 15,835 | KG | 68 | PKG | 38 | CM |
| EXDO615629503 | 09/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 8,673 | KG | 34 | PKG | 20 | CM |
| EXDO615629504 | 09/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 58,608 | KG | 200 | PKG | 118 | CM |
| EXDO615629764 | 10/09/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 31,068 | KG | 122 | PKG | 61 | CM |
| EXDO615629765 | 10/09/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,774 | KG | 20 | PKG | 12 | CM |
| EXDO615629846 | 10/15/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 3,222 | KG | 16 | PKG | 9 | CM |
| EXDO615629845 | 10/15/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 37,250 | KG | 161 | PKG | 99 | CM |
| EXDO615629903 | 10/29/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 13,798 | KG | 48 | PKG | 25 | CM |
| EXDO615630031 | 11/12/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 5,760 | KG | 32 | PKG | 18 | CM |
| EXDO615629978 | 11/12/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 10,504 | KG | 28 | PKG | 16 | CM |
| EXDO615629980 | 11/12/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 22,803 | KG | 87 | PKG | 57 | CM |
| EXDO615630158 | 12/03/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 8,502 | KG | 30 | PKG | 17 | CM |
| EXDO615630160 | 12/03/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 30,385 | KG | 118 | PKG | 56 | CM |
| EXDO615629620 | 12/12/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,567 | KG | 18 | PKG | 11 | CM |
| EXDO615629656 | 12/12/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 57,891 | KG | 203 | PKG | 119 | CM |
| EXDO615630225 | 12/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 5,412 | KG | 17 | PKG | 10 | CM |
| EXDO615630224 | 12/17/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 21,048 | KG | 80 | PKG | 41 | CM |
| EXDO615630323 | 12/26/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 12,246 | KG | 28 | PKG | 17 | CM |
| EXDO615630322 | 12/26/2012 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 20,870 | KG | 81 | PKG | 54 | CM |
| | | | | | | 2012 Totals | 6,338,879 | KG | | | | |
| EXDO615630456 | 01/02/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 10,724 | KG | 40 | PKG | 19 | CM |
| EXDO615630457 | 01/02/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 4,950 | KG | 13 | PKG | 10 | CM |
| EXDO615630392 | 01/07/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 13,262 | KG | 59 | PKG | 28 | CM |
| EXDO615630391 | 01/07/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,267 | KG | 20 | PKG | 10 | CM |
| EXDO615630533 | 01/09/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 29,458 | KG | 111 | PKG | 54 | CM |
| EXDO615630532 | 01/09/2013 | 11 | 58023 - Pusan, Korea, South | China | Dalian | 3002 - Tacoma, WA | 6,247 | KG | 18 | PKG | 11 | CM |
| | | | | | | 2013 Available Totals | 70,908 | KG | | | | |

| Bill_Of_Lading_Nbr | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL |
|---|---|---|---|---|---|---|---|---|
| EXDO615628634 | 74 | Pipe Fittings | N/m | FCL | 33 | Pipe Fittings | N/m | FCL |
| EXDO62Y0011850 | 20 | Straniner Body | | LCL | | | | |
| EXDO615628560 | 66 | Pipe Fitting | N/m | FCL | 61 | Pipe Fitting | N/m | FCL |
| EXDO615628628 | 58 | Pipe Fitting & Flange | N/m | FCL | 64 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615628704 | 72 | Pipe Fittings | N/m | FCL | 48 | Pipe Fittings | N/m | FCL |
| EXDO615628678 | 23 | Pipe Fittings | N/m | FCL | | | | |
| EXDO62R0041503 | 8 | Reducing Elbow | No Marks | LCL | | | | |
| EXDO615628748 | 56 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615628779 | 61 | Pipe Fittings | N/m | FCL | 76 | Pipe Fittings | N/m | FCL |
| EXDO615628720 | 56 | Pipe Fitting | N/m | FCL | 65 | Pipe Fitting | N/m | FCL |
| EXDO615628823 | 78 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615628822 | 30 | Pipe Fittings & Flanges | N/m | FCL | | | | |
| EXDO615628973 | 36 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615628974 | 19 | Pipe Fittings | N/m | FCL | 80 | Pipe Fittings | N/m | FCL |
| EXDO615628778 | 57 | Pipe Fitting | N/m | FCL | 30 | Pipe Fitting | N/m | FCL |
| EXDO615628888 | 81 | Pipe Fittings | N/m | FCL | 33 | Pipe Fittings | N/m | FCL |
| EXDO615628887 | 20 | Pipe Fittings & Flanges | N/m | FCL | | | | |
| EXDO615629054 | 23 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629055 | 76 | Pipe Fittings | N/m | FCL | 26 | Housings | N/m | FCL |
| EXDO615628831 | 59 | Pipe Fitting Flange | No Marks | FCL | 36 | Pipe Fitting Flange | No Marks | FCL |
| EXDO615628902 | 20 | Grooved Ductile Iron Fittings | N/m | FCL | 33 | Sprinkler Heads Castings Washer Plate | N/m | FCL |
| EXDO62R0043220 | 10 | Reducing Elbow | No Marks | LCL | | | | |
| EXDO615629005 | 32 | Pipe Fittings | N/m | FCL | 65 | Pipe Fittings | N/m | FCL |
| EXDO62R0044873 | 22 | Reducing Nipple | No Marks | LCL | | | | |
| EXDO615629013 | 72 | Pipe Fitting & Flange | N/m | FCL | 59 | Pipe Fitting & Flange | N/m | FCL |
| EXDO62R0044282 | 13 | Reducing Elbow | No Marks | LCL | | | | |
| EXDO615629088 | 65 | Pipe Fitting & Flange | N/m | FCL | 70 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629205 | 68 | Pipe Fittings | N/m | FCL | 48 | Pipe Fittings | N/m | FCL |
| EXDO615629206 | 51 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629126 | 63 | Pipe Fittings | N/m | FCL | 16 | Grooved Ductile Iron Fittings | N/m | FCL |
| EXDO615629143 | 32 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629165 | 55 | Pipe Fitting & Flange | N/m | FCL | 72 | Pipe Fitting & Flange | N/m | FCL |
| EXDO62R0045393 | 9 | Reducing Elbow | No Marks | LCL | | | | |
| EXDO62Y0013721 | 22 | Strainer Body | | LCL | | | | |
| EXDO615629285 | 24 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629286 | 44 | Pipe Fittings | N/m | FCL | 20 | Pipe Fittings | N/m | FCL |
| EXDO615629244 | 70 | Pipe Fitting & Flange | N/m | FCL | 62 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629348 | 46 | Pipe Fittings | N/m | FCL | 72 | Pipe Fittings | N/m | FCL |
| EXDO615629349 | 23 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629410 | 68 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629503 | 34 | Pipe Fittings & Flanges | N/m | FCL | | | | |
| EXDO615629504 | 72 | Pipe Fittings | N/m | FCL | 72 | Pipe Fittings | N/m | FCL |
| EXDO615629764 | 50 | Pipe Fittings | N/m | FCL | 72 | Pipe Fittings | N/m | FCL |
| EXDO615629765 | 20 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629846 | 16 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629845 | 20 | Pipe Fittings & Flanges | N/m | FCL | 72 | Pipe Fittings & Flanges | N/m | FCL |
| EXDO615629903 | 48 | Pipe Fittings & Flanges | N/m | FCL | | | | |
| EXDO615630031 | 32 | Pipe Fittings & Housings | N/m | FCL | | | | |
| EXDO615629978 | 28 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629980 | 65 | Pipe Fittings | N/m | FCL | 22 | Pipe Fittings | N/m | FCL |
| EXDO615630158 | 30 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615630160 | 88 | Pipe Fittings | N/m | FCL | 30 | Pipe Fittings | N/m | FCL |
| EXDO615629620 | 18 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629656 | 72 | Pipe Fittings | N/m | FCL | 59 | Pipe Fittings | N/m | FCL |
| EXDO615630225 | 17 | Flanges Pipe Fittings | N/m | FCL | | | | |
| EXDO615630224 | 80 | Flanges Pipe Fittings Housings | N/m | FCL | | | | |
| EXDO615630323 | 28 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615630322 | 40 | Grooved Ductile Iron Fittings | N/m | FCL | 41 | Pipe Fittings & Housings | N/m | FCL |
| EXDO615630456 | 40 | Pipe Fittings & Flanges | N/m | FCL | | | | |
| EXDO615630457 | 13 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615630392 | 59 | Pipe Fittings & Housings | N/m | FCL | | | | |
| EXDO615630391 | 20 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615630533 | 76 | Pipe Fittings | N/m | FCL | 35 | Housings | N/m | FCL |
| EXDO615630532 | 18 | Pipe Fittings & Flanges | N/m | FCL | | | | |

| Bill_Of_Lading_Nbr | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXDO615628634 | 74 | Pipe Fittings | N/m | FCL | | | | | | | | |
| EXDO615628560 | 72 | Pipe Fitting | N/m | FCL | 68 | Pipe Fitting | N/m | FCL | 53 | Pipe Fitting | N/m | FCL |
| EXDO615628628 | 72 | Pipe Fitting & Flange | N/m | FCL | 36 | Pipe Fitting & Flange | N/m | FCL | 68 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615628779 | 24 | Pipe Fittings | N/m | FCL | | | | | | | | |
| EXDO615628720 | 59 | Pipe Fitting | N/m | FCL | 25 | Pipe Fitting | N/m | FCL | 72 | Pipe Fitting | N/m | FCL |
| EXDO615628974 | 7 | Pipe Fittings | N/m | FCL | | | | | | | | |
| EXDO615628778 | 62 | Pipe Fitting | N/m | FCL | 68 | Pipe Fitting | N/m | FCL | 64 | Pipe Fitting | N/m | FCL |
| EXDO615628888 | 16 | Pipe Fittings | N/m | FCL | | | | | | | | |
| EXDO615628831 | 63 | Pipe Fitting Flange | No Marks | FCL | 57 | Pipe Fitting Flange | No Marks | FCL | 70 | Pipe Fitting Flange | No Marks | FCL |
| EXDO615628902 | 91 | Assembly Ball Valve Valve | N/m | FCL | | | | | | | | |
| EXDO615629005 | 69 | Pipe Fittings | N/m | FCL | 62 | Pipe Fittings | N/m | FCL | 62 | Pipe Fittings | N/m | FCL |
| EXDO615629013 | 59 | Pipe Fitting & Flange | N/m | FCL | 70 | Pipe Fitting & Flange | N/m | FCL | 50 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629088 | 72 | Pipe Fitting & Flange | N/m | FCL | 66 | Pipe Fitting & Flange | N/m | FCL | 58 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629165 | 71 | Pipe Fitting & Flange | N/m | FCL | 62 | Pipe Fitting & Flange | N/m | FCL | 58 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629286 | 72 | Pipe Fittings | N/m | FCL | | | | | | | | |
| EXDO615629244 | 71 | Pipe Fitting & Flange | N/m | FCL | 63 | Pipe Fitting & Flange | N/m | FCL | 67 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629504 | 56 | Pipe Fititngs | N/m | FCL | | | | | | | | |
| EXDO615629845 | 69 | Pipe Fittings & Flanges | N/m | FCL | | | | | | | | |
| EXDO615629656 | 72 | Pipe Fittings | N/m | FCL | | | | | | | | |

| Bill_Of_Lading_Nbr | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL | Piece_Count | HS_Description | Mrks_Nbrs | LCL_FCL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXDO615628560 | 66 | Pipe Fitting | N/m | FCL | 72 | Pipe Fitting | N/m | FCL | 67 | Pipe Fitting | N/m | FCL | | | | |
| EXDO615628628 | 71 | Pipe Fitting & Flange | N/m | FCL | 52 | Pipe Fitting & Flange | N/m | FCL | | | | | | | | |
| EXDO615628720 | 72 | Pipe Fitting | N/m | FCL | 56 | Pipe Fitting | N/m | FCL | 62 | Pipe Fitting | N/m | FCL | | | | |
| EXDO615628778 | 64 | Pipe Fitting | N/m | FCL | 71 | Pipe Fitting | N/m | FCL | 59 | Pipe Fitting | N/m | FCL | 61 | Pipe Fitting | N/m | FCL |
| EXDO615628831 | 55 | Pipe Fitting Flange | No Marks | FCL | 53 | Pipe Fitting Flange | No Marks | FCL | 68 | Pipe Fitting Flange | No Marks | FCL | | | | |
| EXDO615629005 | 53 | Pipe Fittings | N/m | FCL | 59 | Pipe Fittings | N/m | FCL | 65 | Pipe Fittings | N/m | FCL | | | | |
| EXDO615629013 | 64 | Pipe Fitting & Flange | N/m | FCL | 72 | Pipe Fitting & Flange | N/m | FCL | 36 | Pipe Fitting & Flange | N/m | FCL | 69 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629088 | 64 | Pipe Fitting & Flange | N/m | FCL | 68 | Pipe Fitting & Flange | N/m | FCL | 72 | Pipe Fitting & Flange | N/m | FCL | 60 | Pipe Fitting & Flange | N/m | FCL |
| EXDO615629165 | 61 | Pipe Fitting & Flange | N/m | FCL | 58 | Pipe Fitting & Flange | N/m | FCL | 66 | Pipe Fitting & Flange | N/m | FCL | | | | |
| EXDO615629244 | 57 | Pipe Fitting & Flange | N/m | FCL | 61 | Pipe Fitting & Flange | N/m | FCL | 66 | Pipe Fitting & Flange | N/m | FCL | | | | |

2003-2012 Total: 33,242,255 KG