# EXHIBIT E
## TO THE DECLARATION OF
## REBECCA L. WOODINGS