# EXHIBIT F
## TO THE DECLARATION OF REBECCA L. WOODINGS

zepol