# EXHIBIT H
## TO THE DECLARATION OF REBECCA L. WOODINGS

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 1 | 8/6/2012 | Victaulic Couplings & Reducers 9pc Lot 4" 3" 2.5" 2" 1.5" | cmiss210 | C&M Industrial Supply and Surplus | Mount Prospect, IL | Product description and photos examined; no country of origin markings evident. |
| 2 | 8/6/2012 | 4" victaulic roustabout coupling | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 3 | 8/6/2012 | 8" x 6" victaulic eccentric reducer | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 4 | 8/6/2012 | NOS Victaulic 3 1/2" Roust-A-Bout Style 99 Coupling | kalemoye | Kelly's Industrial Swift Shop | Columbia, SC | Product description and photos examined; no country of origin markings evident. |
| 5 | 8/6/2012 | Victaulic 2&quot;-005H Firelock Rigid Coupling - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 6 | 8/6/2012 | Victaulic 2-1/2 Style 77 Standard Coupling - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 7 | 8/6/2012 | Victaulic 2-1/2/73 90 Degree Elbow - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 8 | 8/6/2012 | Victaulic 4&quot;-114.3 Zero Flex Coupling Style 07 - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 9 | 8/6/2012 | Victaulic 4&quot;-114.3-S 4&quot;-114.3 Zero Flex Coupling Style 07 - Surplus | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 10 | 8/6/2012 | Victaulic 5 X 3 STYLE 920 5 X 3 Style 920 Mechanical T-Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 11 | 8/6/2012 | Victaulic 6" X 2 Style 920N Mechanical T-Outlet NEW-NO BOX | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 12 | 8/6/2012 | Victaulic 8 X 6&quot; Style 750 Reducing Coupling - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 13 | 8/6/2012 | Victaulic 8&quot; Style 99N Coupling - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 14 | 8/6/2012 | Victaulic 8&quot; X 2-1/2 Style 920 Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 15 | 8/6/2012 | Victaulic 8&quot;-219.1 Zero-Flex Rigid Coupling 07 - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 16 | 8/6/2012 | VICTAULIC 2 1/2" ROUST-A-BOUT STYLE 99 COUPLING 600 PSI | mosesglick49 | | | Seller emailed that product was made in Easton, PA (presumed to be based on markings). |
| 17 | 8/6/2012 | Victaulic 4" x 4" x 4 No.20 T Tee Grooved End Fitting | mro-supply | Hummingbird Technologies | Calexico, USA | Product description and photos examined; no country of origin markings evident. |
| 18 | 8/6/2012 | Victaulic NO11 2" 45 DEG | swsupplier | SouthWest Trading | Laurence, MI | Product description and photos examined; no country of origin markings evident. |
| 19 | 8/7/2012 | 5PC Lot Victaulic 3" Sprinkler Fitting Elbows T's | boughtitsoldit | consignment | Perkasie, PA | Product description and photos examined; no country of origin markings evident. |
| 20 | 8/7/2012 | LOT OF 5!! VICTAULIC 2" GROOVED IPS PIPE FITTING ELBOW 90 DEG | mro-supply | Hummingbird Technologies | Calexico, CA | Product description and photos examined; no country of origin markings evident. |
| 21 | 8/8/2012 | VICTAULIC 1 1/2-75 COUPLING LOT OF 3 *NEW* | billpelt | | "NW" | Product description and photos examined; no country of origin markings evident. |
| 22 | 8/8/2012 | VICTAULIC 1"/33.4-75 COUPLING LOT OF 2 *NEW* | billpelt | | "NW" | Product description and photos examined; no country of origin markings evident. |

1

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 23 | 8/8/2012 | NOS Victaulic 2-1/2" 2.5" 77 Coupling 011046233 02320-1144-02 4730011046233 | checkerboardfarms | Checkerboard Farm and Surplus | Dozier, AL | Product description and photos examined; no country of origin markings evident. |
| 24 | 8/8/2012 | P7 VICTAULIC QUICK VIC CONNECTOR RINGS 3" FIRE LOCK LOT OF 6 NEW!!!! | do-all 1 | | Denver, CO | Product description and photos examined; no country of origin markings evident. |
| 25 | 8/8/2012 | **NEW** VICTAULIC EZ COUPLINGS 2/60.3 009H ***FREE SAME DAY SHIPPING USA*** | jrference2009 | surplus from job | Beachwood, OH | Product description and photos examined; no country of origin markings evident. |
| 26 | 8/13/2012 | NEW VICTAULIC 1 1/2" NO.10 ELBOW PIPE PLUMBING | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |
| 27 | 8/13/2012 | NEW VICTAULIC 2 1/2" NO.6 END CAP | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |
| 28 | 8/13/2012 | NEW VICTAULIC 2" NO.10 ELBOW | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |
| 29 | 8/13/2012 | VICTAULIC BOLTLESS PIPE CLAMP 2-1/2" #791 | grimesland57 | | Washington, NC | Product description and photos examined; no country of origin markings evident. |
| 30 | 8/13/2012 | Victaulic Roust-A-Bout, 8" Style 99N | irababoon40 | | Palestine, WV | Product description and photos examined; no country of origin markings evident. |
| 31 | 8/13/2012 | VICTAULIC STYLE 750 4" x 2" RIGID COUPLING 114.3 X 60.3 mm <817C1 | mainlandvf | Mainland Valve & Fitting, Inc. | Houston, TX | Product description and photos examined; no country of origin markings evident. |
| 32 | 8/13/2012 | Victaulic Pipe Clamp Coupling | rcrecycling83 | RC Recycling | Middlebury, USA (sic) | Product description and photos examined; no country of origin markings evident. |
| 33 | 8/13/2012 | Victaulic Pipe Clamp Coupling | rcrecycling83 | RC Recycling | Middlebury, USA (sic) | Product description and photos examined; no country of origin markings evident. |
| 34 | 8/13/2012 | Lot (3) Victaulic 1/2" /15mm Series 78U Union Port Fitting A12 | sywllc | Bitter End Trading | Elkins, NH | Product description and photos examined; no country of origin markings evident. |
| 35 | 8/16/2012 | Victaulic 920 6 x 1.5", 1 1/2" T. New | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |
| 36 | 8/17/2012 | New Victaulic Couplings, Elbows, Etc. Lot of 60 | bigeye-surplus | | Foster, OR | Product description and photos examined; no country of origin markings evident. |
| 37 | 8/17/2012 | Victaulic 4" Quick Vic Coupling, 4/114, 3-107H, New, Red Gasket, Low Price | irondoor19 | | Columbus, OH | Product description and photos examined; no country of origin markings evident. |
| 38 | 8/17/2012 | Victaulic 3-741 Vic-Flange Adapter Style 741 - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 39 | 8/17/2012 | LOT OF 5!! VICTAULIC NO. 10 2" GROOVED IPS PIPE FITTING GALVANIZED ELBOW 90° | mro-supply | Hummingbird Technologies | Calexico, CA | Product description and photos examined; no country of origin markings evident. |
| 40 | 8/17/2012 | Lot Of 6 Victaulic Ductile Iron Couplings 1 1/4" | nps | The NPS Store | Salt Lake City, UT | Product description and photos examined; no country of origin markings evident. |
| 41 | 8/17/2012 | VICTAULIC STYLE 77 STANDARD FLEXIBLE COUPLING 1" NEW | obsolutionllc | ObSolution LLC | East Stroudsburg, PA | Product description and photos examined; no country of origin markings evident. |
| 42 | 8/20/2012 | NEW VICTAULIC MECHANICAL-T OUTLET 2 1/2" X 1 1/4"-1 1/2" STYLE 921 | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 43 | 8/20/2012 | NEW VICTAULIC OUTLET 2 1/2"/73MM S/920N | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |
| 44 | 8/20/2012 | NEW VICTAULIC PIPE JOINING SYSTEM 6"/168MM S/920N | aussi* | Electrical Emporium | Camden, NJ | Product description and photos examined; no country of origin markings evident. |
| 45 | 8/20/2012 | Victaulic 2-1/2 X 3/4 STYLE 921 (Pack of 6) Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 46 | 8/20/2012 | Victaulic 3 X 1 STYLE 920 (Pack of 6) Mechanical-T Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Label shown states "Made in U.S.A.;" no markings evident |
| 47 | 8/20/2012 | Victaulic 3 X 1 STYLE 921 (Pack of 6) 3 X 1 Style 921 Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 48 | 8/20/2012 | Victaulic 3 X 1-1/4 Style 920 (Pack of 6) Mechanical-T Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 49 | 8/20/2012 | Lot Of 8 Victaulic Ductile Iron Couplings 1 1/4'' | nps | The NPS Store | Salt Lake City, UT | Product description and photos examined; no country of origin markings evident. |
| 50 | 8/20/2012 | VICTAULIC ROUST-A-BOUT 1-1/2" STYLE 99 COUPLING, NNB | seller_mike64 | Concepts Industrial | Sunman, IN | Product description and photos examined; no country of origin markings evident. |
| 51 | 8/21/2012 | 2 - 6" Victaulic Firelock Grooved Flange Adapters Fire Sprinkler 6-744 New | c0smicdebris | | New England, USA (sic) | Product description and photos examined; no country of origin markings evident. |
| 52 | 8/21/2012 | 10" victaulic coupling #77 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 53 | 8/21/2012 | 2 1/2" victaulic coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 54 | 8/21/2012 | 3" victaulic galvanized coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 55 | 8/21/2012 | 4" victaulic coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 56 | 8/21/2012 | 4" victaulic coupling #77 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 57 | 8/21/2012 | 4" victaulic galvanized coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 58 | 8/21/2012 | 5" victaulic coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 59 | 8/21/2012 | 6" x 3" victaulic eccentric reducer | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 60 | 8/21/2012 | 8" victaulic coupling #75 | goedde43 | | Evansville, IN | Product description and photos examined; no country of origin markings evident. |
| 61 | 8/21/2012 | NEW Victaulic 3"x1" style 920N branch outlet | leeco122 | Lee's Sawmill and Industrial Supply | Clymer, NY | Product description and photos examined; no country of origin markings evident. |
| 62 | 8/21/2012 | NEW Victaulic 4"x1 1/2" style 920N branch outlet | leeco122 | Lee's Sawmill and Industrial Supply | Clymer, NY | Product description and photos examined; no country of origin markings evident. |
| 63 | 8/21/2012 | Lot of 2 Victaulic Number 25 T TEE 2.5" x 2.5" x 2" Pipe Fitting New Unused | megasupersurplussales | | Macon, GA | Product description and photos examined; no country of origin markings evident. |

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 64 | 8/22/2012 | NEW LOT 296 EA. VICTAULIC GRUVLOK RIGIDLITE RIGIDLOK PLUMBING FITTINGS VALVES | johnnybaja2000 | stock from plumbing business | Dallas, OR | Product description and photos examined for Victaulic product; no country of origin markings evident. |
| 65 | 8/22/2012 | LOT OF 2!! VICTAULIC STYLE 07 ZERO FLEX RIGID COUPLING 5" -141.3mm | mro-supply | Hummingbird Technologies | Calexico, CA | Product description and photos examined; no country of origin markings evident. |
| 66 | 8/23/2012 | VICTAULIC 6" X 3" CONCENTRIC REDUCER NO.50 GROOVED PIPE NEW | brokum | | Bay City, MI | Product description and photos examined; no country of origin markings evident. |
| 67 | 8/23/2012 | Victaulic Roust-a-bout 3 1/2 style 99 | chrono2461 | | Canogo Park, CA | "MADE IN U.S.A." marked on product. |
| 68 | 8/23/2012 | New Victaulic Cap 4 / 114,3 | leersurplus | Leer Surplus | Dillsburg, PA | Product description and photos examined; no country of origin markings evident. |
| 69 | 8/23/2012 | New 8" Victaulic Flanged pipe fitting coupling for valve Flat face #41 | strngbean | | Arkansas, USA | Product description and photos examined; no country of origin markings evident. |
| 70 | 8/23/2012 | 2" THREAD TO VICTAULIC 8" LONG NSF A/S A106B SCH-80 | swsupplier | Southwest Trading | Lawrence, MI | Product description and photos examined; no country of origin markings evident. |
| 71 | 8/23/2012 | 3" VICTAULIC TO VICTAULIC 4" LONG YD6 A/S A106B SCH-80 | swsupplier | Southwest Trading | Lawrence, MI | Product description and photos examined; no country of origin markings evident. |
| 72 | 8/23/2012 | 4" THREAD TO VICTAULIC 8" LONG XB9 A/S A106B SCH-40 | swsupplier | Southwest Trading | Lawrence, MI | Product description and photos examined; no country of origin markings evident. |
| 73 | 8/23/2012 | 4" VICTAULIC FLANGE 4-341 5/8 BOLT | swsupplier | Southwest Trading | Lawrence, MI | "Made in USA" marked on product. |
| 74 | 8/24/2012 | VICTAULIC T-BRANCH 920N 2"/60mm plumbing sprinkler pipe | bigavsound | | Owego, NY | Product description and photos examined; no country of origin markings evident. |
| 75 | 8/24/2012 | Victaulic Mechanical- T Bolted Branch Outlet Style 920 | emt3366 | | Kansas City, MO | Product description and photos examined; no country of origin markings evident. |
| 76 | 8/24/2012 | Victaulic 6-741 3/4 Bolt Split Flange Adapter Clamp | falconsurplus | Falcon Surplus | Bedford, OH | "VICTAULIC U.S.A." marked on product. |
| 77 | 8/24/2012 | Victaulic 8 X 2 Style 920 Mechanical-T Outlet - New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 78 | 8/24/2012 | Victaulic NO.29 3 X 3 X 1-1/2 Reducing Tee New, No Box | mara_industrial | Mara Industrial Supply | Yale, MI | Product description and photos examined; no country of origin markings evident. |
| 79 | 8/24/2012 | Victaulic Zero Flex 4" (114.3) Piping Clamp | scottadad23 | | Napa, CA | Product description and photos examined; no country of origin markings evident. |
| 80 | 8/24/2012 | VICTAULIC 4/114.3, ZERO FLEX RIGID COUPLING, 4" NOMINAL SIZE, 750 PSI, NNB | seller_mike64 | Concepts Industrial | Sunman, IN | Product description and photos examined; no country of origin markings evident. |
| 81 | 8/24/2012 | Victaulic Mechanical-T Branch Outlet 920N-T 920NT 3 x 1 1" NPT New | southbendindustrial | South Bend Industrial | Clover, SC | Label shown states "Made in USA;" no markings evident |
| 82 | 8/24/2012 | Victaulic 6 3/8" Transition Coupling Style 307 | stuffonlineut | | Draper, UT | Product description and photos examined; no country of origin markings evident. |
| 83 | 8/28/2012 | Lot of 2 Victaulic S/920-E 920N 4X2" 3X11/2" Mechanical-T Bolted Branch Outlets | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 84 | 8/28/2012 | Victaulic 2 1/2 x 1 1/4 STD GXT SCH 40 Galvanized Reducer | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 85 | 8/28/2012 | Victaulic 2 1/2/73-005H Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 86 | 8/28/2012 | Victaulic 2" Style 72 w/ 1" npt Outlet Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 87 | 8/28/2012 | Victaulic 2-60.3 Zero Flex Style 07 Galvanized Coupling | falconsurplus | Falcon Surplus | Bedford, OH | "USA" marked on product. |
| 88 | 8/28/2012 | Victaulic 3" Style 72 1" npt outlet Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Not very clear in photo, but "MADE IN U.S.A." appears to be marked on product. |
| 89 | 8/28/2012 | Victaulic 3"/88.9 Zero Flex Gasket Clamp Coupling Style 07 lot of 2 | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 90 | 8/28/2012 | Victaulic 5" 141.9 Style 07 Zero Flex Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 91 | 8/28/2012 | Victaulic 8X4 219.1X114.3 s/920-E GRV Hole Size 4.50"/114.3 M | falconsurplus | Falcon Surplus | Bedford, OH | Label shown states "Made in USA;" no markings evident |
| 92 | 8/28/2012 | Victaulic No 20 2" Galvanized Tee | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 93 | 8/28/2012 | Victaulic No 50 4x2 Galvanized Reducer | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 94 | 8/28/2012 | Victaulic NO. 50 3 x 2.5 Reducer | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 95 | 8/28/2012 | Victaulic No.50 4 x 3 Galvanized Reducer | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 96 | 8/28/2012 | Victaulic No.52 3 x 2.5 Reducer | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 97 | 8/28/2012 | Victaulic Offset Reducor 3x2 No.51 | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 98 | 8/28/2012 | Victaulic Reducing Tee 1 1/2 - 1 1/4 1/2 npt | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 99 | 8/28/2012 | Victaulic Split Flange Adapter Clamp 3 " - 741 | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 100 | 8/28/2012 | Victaulic Split Flange Adapter Clamp 4 " 741 | falconsurplus | Falcon Surplus | Bedford, OH | "U.S.A." marked on product. |
| 101 | 8/28/2012 | Victaulic Style 920 8" Tee | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 102 | 8/28/2012 | Victaulic Style 99 2" Roust A Bout Coupling | falconsurplus | Falcon Surplus | Bedford, OH | "MADE IN U.S.A." marked on product. |
| 103 | 8/28/2012 | LOT OF 5!! VICTAULIC No. 10 4" GROOVED IPS PIPE FITTING 90° ELBOW 114.3MM | mro-supply | Hummingbird Technologies | Calexico, CA | Product description and photos examined; no country of origin markings evident. |
| 104 | 8/28/2012 | Victaulic 25 Ductile Iron Reducing Tee With Grooved Branch 2 1/2 x 2 1/2 x 1 1/2 | nps | The NPS Store | Salt Lake City, UT | Product description and photos examined; no country of origin markings evident. |
| 105 | 8/28/2012 | VICTAULIC # 07 7 Zero-Flex Rigid Coupling Galvanized 6" | oemwholesalewh | | New Jersey, USA (sic) | Description states "Made in USA" (photos unclear as to markings; no zoom option) |

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 106 | 8/30/2012 | 5630 New-No Box, Victaulic 56E Coupling | asisurplus | Austin Surplus Industrial, Inc. | 78681, USA | Product description and photos examined; no country of origin markings evident. |
| 107 | 8/30/2012 | 5631 New-No Box, Victaulic S580 Coupling | asisurplus | Austin Surplus Industrial, Inc. | 78681, USA | Product description and photos examined; no country of origin markings evident. |
| 108 | 8/31/2012 | 8" Victaulic Zero Flex O7 Groove Lock Coupler NEW | 57chevyjoey | | Hollywood, FL | Product description and photos examined; no country of origin markings evident. |
| 109 | 8/31/2012 | Victaulic Roust-a-bout 5" Style 99N | chrono2461 | | Canogo Park, CA | Product description and photos examined; no country of origin markings evident. |
| 110 | 8/31/2012 | victaulic snap joint's cast iron | donicejoe | | Ada, OK | Product description and photos examined; no country of origin markings evident. |
| 111 | 8/31/2012 | VICTAULIC 4" JOINT SNAP 78 | irontime1 | Irontime Sales | Coffeyville, KS | Product description and photos examined; no country of origin markings evident. |
| 112 | 9/1/2012 | `Victaulic Style 75 Flexible 1" Coupling Fire Protection (Qty 9) (EC1-2) | j-white antiques | | Missouri, USA | Product description and photos examined; no country of origin markings evident. |
| 113 | 9/1/2012 | VICTAULIC 6"x4" Style 750 Reducing Coupling #LE79750PE0 | wingman0108 | | Waco, TX | Product description and photos examined; no country of origin markings evident. |
| 114 | 9/12/2012 | VICTAULIC STYLE 77 STANDARD FLEXIBLE COUPLING 1" NEW | obsolutionllc | ObSolution LLC | East Stroudsburg, PA | Product description and photos examined; no country of origin markings evident. |
| 115 | 9/14/2012 | Victaulic Roust-a-bout 2 1/2 style 99 | chrono2461 | | Canogo Park, CA | Product description and photos examined; no country of origin markings evident. |
| 116 | 9/14/2012 | "New" Victaulic Galvanized 4"-114.3 Zero Flex Coupling Style 07 - New | industrialpeddler | | Lima, OH | Product description and photos examined; no country of origin markings evident. |
| 117 | 9/14/2012 | VICTAULIC STYLE 2" GROOVED IPS PIPE FITTING ELBOW 90 DEG (Long Sweep) | wdcherrington | HDD/Oilwell Drilling | Sacramento, CA | Product description and photos examined; no country of origin markings evident. |
| 118 | 11/28/2012 | Victaulic Style 07 Zero-Flex Rigid Coupling 8" NEW | 2286stuart | | Olathe, KS | Product description and photos examined; no country of origin markings evident. |
| 119 | 11/28/2012 | VICTAULIC Style 77 Standard Coupling 10" NEW | 2286stuart | | Olathe, KS | Product description and photos examined; no country of origin markings evident. |
| 120 | 11/28/2012 | Victaulic 3"-741 Pipe Flange Adapter 5/8" Bolt New | 57chevyjoey | | Hollywood, FL | "U.S.A." marked on product |
| 121 | 11/28/2012 | Lot of 2 Victaulic 8" couplers 8/219.1-005H new | anokapaul | | Anoka, MN | Product description and photos examined; no country of origin markings evident. |
| 122 | 11/28/2012 | Victaulic 4-741 Split Flange Adapter / Clamp | ashmachco | Ashland Machine Co. | Valley View, PA | Product description and photos examined; no country of origin markings evident. |
| 123 | 11/28/2012 | Victaulic 8" S/741 Flange Clamp | ashmachco | Ashland Machine Co. | Valley View, PA | "CHINA" marked on product |
| 124 | 11/28/2012 | Victaulic Rousta-A-Bout 3" Style 99 | ashmachco | Ashland Machine Co. | Valley View, PA | "MADE IN U.S.A." marked on product |
| 125 | 11/28/2012 | 6" VICTAULIC 90 DEGREE GALVANIZED PIPE FITTING | c17428y | | Southerlin, OR | Product description and photos examined; no country of origin markings evident. |
| 126 | 11/28/2012 | NEW VICTAULIC STANDARD FLEXIBLE PIPE COUPLINGS 6" | constructionsurplus | Construction Surplus USA | Simpsonville, SC | Product description and photos examined; no country of origin markings evident. |
| 127 | 11/28/2012 | Victaulic 1 " 304 stainless steel elbow (3) | darrell20050_5 | | Beaver, PA | No marking evident on eBay listing; purchased product and found no marking |

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 128 | 11/28/2012 | Victaulic 1 1/2" 304 stainless steel 45 deg (4) | darrell20050_5 | | Beaver, PA | Product description and photos examined; no country of origin markings evident. |
| 129 | 11/28/2012 | Victaulic 1 1/2" 304 stainless steel Elbows (4) | darrell20050_5 | | Beaver, PA | Product description and photos examined; no country of origin markings evident. |
| 130 | 11/28/2012 | Victaulic 12 Style 99 Roust A Bout Coupling No Gasket | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 131 | 11/28/2012 | Victaulic NO. 10 3"/88.9 mm Elbow lot 2x | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 132 | 11/28/2012 | Victaulic NO. 10 4/114.3 90 Degree Galvanized Elbow | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 133 | 11/28/2012 | Victaulic NO. 11 3"/88.9mm 45 degree elbow lot 5x | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 134 | 11/28/2012 | Victaulic NO. 20 4/114.3 Galvanized Tee | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 135 | 11/28/2012 | Victaulic NO. 29 3x3x2 Reducing Tee lot 2x | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 136 | 11/28/2012 | VICTAULIC PLAINLOCK COUPLING WITH GASKET 4" STYLE 90 | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 137 | 11/28/2012 | Victaulic Roust A Bout 1 1/2" Style 99 Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 138 | 11/28/2012 | Victaulic Roust A Bout 2" Coupling Style 99 | falconsurplus | Falcon Surplus | Bedford, OH | "MADE IN U.S.A." marked on product |
| 139 | 11/28/2012 | Victaulic Roust A Bout 3" Style 99 Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Not very clear in photo, but "MADE IN U.S.A." appears to be marked on product. |
| 140 | 11/28/2012 | Victaulic Roust A Bout Style 99 2 1/2" Coupling | falconsurplus | Falcon Surplus | Bedford, OH | No marking evident on eBay listing; purchased product and found "MADE IN U.S.A." marking. |
| 141 | 11/28/2012 | Victaulic Style 07 8"/219.1 Zero Flex Coupling | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 142 | 11/28/2012 | Victaulic Zero Flex Gasket Clamp Coupling Style 07 2"/60.3 lot 2x | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 143 | 11/28/2012 | Victaulic Zero Flex Style 07 10/273 Coupling lot 2x no gasket | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 144 | 11/28/2012 | Victaulic Zero Flex Style 07 Gasket Clamp 2 1/2"-73 lot 2x | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 145 | 11/28/2012 | VICTAULIC No. 10 (6") GROOVED IPS PIPE FITTING 90 GR NEW | gigv | | Salt Lake City, UT | Product description and photos examined; no country of origin markings evident. |
| 146 | 11/28/2012 | VICTAULIC 2" COUPLING STYLE 77 | greenie9 | G-Cor Automotive Corp. | Columbus, OH | No marking evident on eBay listing; purchased product and found "MADE IN U.S.A." marking. |
| 147 | 11/28/2012 | VICTAULIC COUPLING 2" - 75 | jimsotherplace | | Coffeyville, KS | Product description and photos examined; no country of origin markings evident. |
| 148 | 11/28/2012 | VICTAULIC COUPLING 2" - 77 | jimsotherplace | | Coffeyville, KS | Product description and photos examined; no country of origin markings evident. |

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 149 | 11/28/2012 | *New* Victaulic QuickVic Rigid 5" coupling 5-141.3-107 | kw5327 | | Kernersville, NC | Product description and photos examined; no country of origin markings evident. |
| 150 | 11/28/2012 | NEW 1 1/4" "Victaulic pipe clamp gasket joint union coupler | leeco122 | Lee's Sawmill and Industrial Supplies | Clymer, NY | No marking evident on eBay listing; purchased product and found "U.S.A." marking. |
| 151 | 11/28/2012 | Victaulic 10" Flexible Cast Iron Coupling | meci | Mendelson's Liquidation Outlet | Dayton, OH | Product description and photos examined; no country of origin markings evident. |
| 152 | 11/28/2012 | Victaulic Lot of 12pc 2" Tees and 8pc 2" 90 degree Elbows | putnam1603 | | Keene, NH | Product description and photos examined; no country of origin markings evident. |
| 153 | 11/28/2012 | VICTAULIC 4" X 2" BRANCH OUTLET Style 920N QTY X 2 New | speed-ops | | Sparta, MI | 1 item packaged; label claimed "Made in U.S.A." Other item no country of origin markings evident. |
| 154 | 11/28/2012 | VICTAULIC 6" BRANCH OUTLET Style 920 ~ New | speed-ops | | Sparta, MI | partially packaged |
| 155 | 11/28/2012 | VICTAULIC 8" X 6" COUPLING STYLE 750 ~ Surplus | speed-ops | | Sparta, MI | Product description and photos examined; no country of origin markings evident. |
| 156 | 11/28/2012 | VICTAULIC ZERO FLEX COUPLING 4" Style 07 ~ Surplus | speed-ops | | Sparta, MI | Product description and photos examined; no country of origin markings evident. |
| 157 | 11/28/2012 | Victaulic 4" Flange Adapter Style 441 | sunshine*road | | Kansas City, MO | Product description and photos examined; no country of origin markings evident. |
| 158 | 11/28/2012 | Victaulic 6" Coupling 6-168.3-005H | sunshine*road | | Kansas City, MO | Product description and photos examined; no country of origin markings evident. |
| 159 | 11/28/2012 | VICTAULIC NO. 60 DUCTILE IRON CAP 2/60,3 | swsupplier | Southwest Trading | Lawrence, MI | Product description and photos examined; no country of origin markings evident. |
| 160 | 11/28/2012 | Two 2 1/2" victaulic 90 degree elbow fittings | tibock | | De Pere, WI | No marking evident on eBay listing; purchased product and found no marking |
| 161 | 12/8/2012 | 3" Victaulic Style 72 w/ 1" NPT Outlet Coupling | ashmacho | Ashland Machine Co. | | Product description and photos examined; no country of origin markings evident. |
| 162 | 12/8/2012 | P8 VICTAULIC RUST A BOOT 1" STYLE 99 TORQUE BOLT LOT OT 3 NEW DEAL!!! | do-all-1 | Do-All Industries | Denver, CO | Product description and photos examined; no country of origin markings evident. |
| 163 | 12/8/2012 | Victaulic 2 1/2 / 73 No. 10 90-Degree Elbow Lot of 3 | falconsurplus | Falcon Surplus | Bedford, OH | Product description and photos examined; no country of origin markings evident. |
| 164 | 12/8/2012 | Victaulic Asst. Lot of 4 Couplings, See Descrip | falconsurplus | Falcon Surplus | Bedford, OH | "Made in U.S.A." marked on one item |
| 165 | 12/8/2012 | VICTAULIC GROVAGRIP TYLER PIPE CLAMP COUPLING AEROQUIP 2" PIPE SIZE | greenie9 | G-Core Automotive | USA only specified | Product description and photos examined; no country of origin markings evident. |
| 166 | 12/8/2012 | VICTAULIC 2 1/2 Inch Flange 2 1/2-741 5/8 Bolt Flange Clamp NEW! | lizbaby042253 | | Marion, MA | "MADE IN U.S.A." marked on product |
| 167 | 12/8/2012 | VICTAULIC 2 Inch Flange 2 -741 1/2 Bolt Flange Clamp NEW! | lizbaby042253 | | Marion, MA | "MADE IN U.S.A." marked on product |
| 168 | 12/8/2012 | VICTAULIC 3 Inch Flange 3-741 5/8 Bolt Flange Clamp | lizbaby042253 | | Marion, MA | "U.S.A." marked on product |

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 169 | 12/8/2012 | VICTAULIC 3 Inch Flange 3-741 5/8 Bolt Flange Clamp NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 170 | 12/8/2012 | VICTAULIC 3 Inch No.11 45 Degree Elbow Grooved End Fitting 3/88, 9 NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 171 | 12/8/2012 | Victaulic 3 x 3 x 3 No 20 Tee 3 88 9 Grooved End Fitting New | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 172 | 12/8/2012 | VICTAULIC 4 Inch Coupling 4/114,3-107H Quick Vic NEW Coupling! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 173 | 12/8/2012 | VICTAULIC 4 Inch No.10 90 Degree Elbow Grooved End Fitting 4/114,3 NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 174 | 12/8/2012 | VICTAULIC 4 Inch No.11 45 Degree Elbow Grooved End Fitting 4/114 NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 175 | 12/8/2012 | VICTAULIC 4 x 4 x 4 No. 30 Y 45 Degree Lateral Fitting Groved End Fitting New | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 176 | 12/8/2012 | VICTAULIC 5 Inch Coupling 5"-141,3 Zero Flex Style 07 NEW Coupling! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 177 | 12/8/2012 | VICTAULIC 5 Inch Flange 5-S/741 3/4 Bolt Flange Clamp S-741 NEW | lizbaby042253 | | Marion, MA | "MADE IN U.S.A." marked on product |
| 178 | 12/8/2012 | VICTAULIC 5 X 5 X 5 No.20 T TEE Grooved End Fitting | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 179 | 12/8/2012 | VICTAULIC 6 Inch No.10 90 Degree Elbow Grooved End Fitting 6/168,3 NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 180 | 12/8/2012 | VICTAULIC 6 Inch No.11 45 Degree Elbow Grooved End Fitting 6/168,3 NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 181 | 12/8/2012 | VICTAULIC 8 Inch Coupling 8"-219,1 Zero Flex Style 07 NEW Coupling! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 182 | 12/8/2012 | VICTAULIC 921 Pipe Joining System , Steel Pipe Hole Cut 2 X 1 1/2 Inch NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 183 | 12/8/2012 | VICTAULIC No. 35 CROSS 3 X 3 X 3 X 3 Grooved End Pipe NEW | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 184 | 12/8/2012 | VICTAULIC No. 50 3 X 2 1/2 Reducer Style A NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 185 | 12/8/2012 | VICTAULIC No. 50 3 X 2 1/2 Reducer Style B NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 186 | 12/8/2012 | VICTAULIC No. 60 10 Inch Ductile Iron NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 187 | 12/8/2012 | VICTAULIC No. 60 2 Inch 2/60,3 Ductile Iron NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 188 | 12/8/2012 | VICTAULIC No. 60 3 Inch 3/88,9 Ductile Iron NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |

Examination of Victaulic Fittings on eBay

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 189 | 12/8/2012 | VICTAULIC No. 60 4 Inch 4/114.3 Ductile Iron Cap Style A NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 190 | 12/8/2012 | VICTAULIC No. 60 4 Inch 4/114.3 Ductile Iron Cap Style B NEW | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 191 | 12/8/2012 | VICTAULIC No. 60 8 Inch 8/219,1 Ductile Iron NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 192 | 12/8/2012 | VICTAULIC Pipe Joining System 3 X 1 1/2 Inch 3 / 89 MM S/920N NEW! | lizbaby042253 | | Marion, MA | "MADE BY VICTAULIC IN CHINA" marked (stenciled) in the interior of the product |
| 193 | 12/8/2012 | VICTAULIC Pipe Joining System 3 X 1 Inch 3 / 89 MM S/920N NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 194 | 12/8/2012 | VICTAULIC Pipe Joining System 3 X 3/4 Inch 3 / 89 MM S/920N NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 195 | 12/8/2012 | VICTAULIC Pipe Joining System 4 X 1 1/4 Inch 4 / 114 mm S/920N NEW! | lizbaby042253 | | Marion, MA | Product description and photos examined; no country of origin markings evident. |
| 196 | 12/8/2012 | VICTAULIC Pipe Joining System 6 X 1 1/2 6"/168MM S/920N NEW | lizbaby042253 | | Marion, MA | "MADE BY VICTAULIC IN CHINA" marked (stenciled) on the end of the product |
| 197 | 12/8/2012 | 5 INCH VICTAULIC ZERO-FLEX STYLE 07 COUPLING GREEN STRIPE UNUSED GREAT CONDITION | propiper | | Nampa, ID | Product description and photos examined; no country of origin markings evident. |
| 198 | 12/8/2012 | VICTAULIC 2 1/2 Inch Standard Coupling No. 77 | shakespeareroad | | | "MADE IN U.S.A." marked on item |
| 199 | 12/8/2012 | VICTAULIC 6" NO 11 45 DEG GROVED IPS PIPE FITTING | swsupplier | SouthWest Trading | Lawrence, MI | Product description and photos examined; no country of origin markings evident. |
| 200 | 12/8/2012 | VICTAULIC GALVANIZED 6" #77 COUPLING | swsupplier | SouthWest Trading | Lawrence, MI | No marking evident on eBay listing; purchased product and found "U.S.A." marking. |
| 201 | 12/10/2012 | Victaulic 1" x 1" x 1/2" Transition Tees - Press Fit/Pipe Thread - 8 New | adcose | | Cave City, KY | Product description and photos examined; no country of origin markings evident. |
| 202 | 12/10/2012 | New Victaulic Stainless Steel Vic-Flange Adapter Style 441 VL040441XE | bestdeal99 | | United States only indicated | Product description and photos examined; no country of origin markings evident. |
| 203 | 12/10/2012 | Victaulic Sprinkler Fittings | cfrostco | | Dayton, OH | Product description and photos examined; no country of origin markings evident. |
| 204 | 12/10/2012 | Victaulic 5 1/41.3 No. 10 | cjpierce1 | | Bluefield, WV | Product description and photos examined; no country of origin markings evident. |
| 205 | 12/10/2012 | 4" Fire Sprinkler Victaulic Pipe Coupling 4730-142-1590 | dpequip | DP Equipment Co. | Pickens, SC | Product description and photos examined; no country of origin markings evident. |
| 206 | 12/10/2012 | VICTAULIC 10" x 6" No. 50 Grooved Concentric Reducer Galvanized | flussigsales | | Atlanta, GA | Product description and photos examined; no country of origin markings evident. |
| 207 | 12/10/2012 | VICTAULIC 3" STYLE 72 WITH 1" NPT OUTLET COUPLING | gigv | | Salt Lake City, UT | Not very clear in photo, but "MADE IN U.S.A." appears to be marked on product. |
| 208 | 12/10/2012 | Victaulic 3" x 2" coupling Style 750, New | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |
| 209 | 12/10/2012 | Victaulic 920 6 x 5" 1 1 2" T New | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |

| Picture # | Date | Product desciption | Seller name | Seller detail | Location | Notes |
|---|---|---|---|---|---|---|
| 210 | 12/10/2012 | Victaulic Rigidlok 2.5 in coupling, New | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |
| 211 | 12/10/2012 | Victaulic 2" Coupling 2/60.3-75 Galvanized | lusavive | | Ophelia, VA | "U.S.A." marked on product |
| 212 | 12/10/2012 | Victaulic 1 1 4" No 006 Grooved Firelock Cap Galvanized | | | Atlanta, GA | Product description and photos examined; no country of origin markings evident. |
| 213 | 12/11/2012 | Victaulic Vic-Flange Adapter, 316SS, 3" | aquaculturebis | | Austin, TX | Product description and photos examined; no country of origin markings evident. |
| 214 | 12/11/2012 | Victaulic No.20 4" Tee | cmiss210 | C&M Industrial Supply and Surplus | Mount Prospect, IL | Product description and photos examined; no country of origin markings evident. |
| 215 | 12/11/2012 | 3" x 3" x 2.5" No.25 VICTAULIC GROOVED TEE | gsschne | xPlumbingx | Phoenix, AZ | Product description and photos examined; no country of origin markings evident. |
| 216 | 12/11/2012 | Victaulic 3" Zero Flex Coupler | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |
| 217 | 12/11/2012 | Victaulic 4 x 4 x 3 T No. 25 | kinghydroseed | | Port Huron, MI | Product description and photos examined; no country of origin markings evident. |
| 218 | 12/11/2012 | NEW surplus Victaulic Zero Flex 07 sprinkler | leeco122 | Lee's Sawmill and Industrial Supplies | Clymer, NY | Product description and photos examined; no country of origin markings evident. |
| 219 | 12/11/2012 | Victaulic 1¼ Fire Sprinkler Fittings Couplers Couplings Industrial Plumbing New | sherrodssurplus | | Springfield, TN | Product description and photos examined; no country of origin markings evident. |
| 220 | 12/11/2012 | NEW 12" Victaulic 77 12/323.9 coupling EDPM gasket | strngbean | | Mulberry, AR | Product description and photos examined; no country of origin markings evident. |
| 221 | N/A | VICTAULIC Pipe Joining System 3 X 1 1/2 Inch 3 / 89 MM S/920N NEW! | lizbaby042253 | | Marion, MA | Item inadvertently shipped to CFI. No country of origin markings evident. |