IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *ex rel.* CUSTOMS FRAUD | : | |
| INVESTIGATIONS, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VICTAULIC COMPANY | : | NO. 13-2983 |

## ORDER

AND NOW, this 4th day of September, 2014, upon consideration of the defendant's motion to dismiss (Doc. No. 17), the plaintiff's opposition thereto, the defendant's reply, the plaintiff's surreply, and the parties' supplemental briefing, and after oral argument held on January 23, 2014, for the reasons set forth in a memorandum opinion bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED and the complaint is DISMISSED with prejudice.

BY THE COURT:

/s/ Mary A. McLaughlin
_____
MARY A. McLAUGHLIN, J.