IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *ex rel.* CUSTOMS FRAUD | : | |
| INVESTIGATIONS, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| VICTAULIC COMPANY | : | NO. 13-2983 |

ORDER

AND NOW, this 10th day of April, 2015, upon consideration of the relator's motion to alter or amend judgment, and for leave to file amended complaint (Doc. No. 37), the defendant's opposition thereto, and the relator's reply thereon, and for the reasons set forth in a memorandum opinion bearing today's date, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.