IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CUSTOMS FRAUD** | : | **CIVIL ACTION** |
| **INVESTIGATIONS, LLC,** *et al.* | : | |
| | : | |
| v. | : | **NO. 13-2983** |
| | : | |
| **VICTAULIC COMPANY** | : | |

# ORDER

**AND NOW,** this 9th day of September 2019, upon considering the Plaintiffs' Motion for attorney's fees (ECF Doc. No. 120), Defendant's Response (ECF Doc. No. 128), Plaintiffs' Reply (ECF Doc. No. 129), Plaintiffs' Supplemental Declaration (ECF Doc. No. 138), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion for reasonable fees and expenses (ECF Doc. No. 120) is **GRANTED in part**:

1. We award reasonable attorney's fees of **$1,136,906.10** and reasonable expenses of **$55,592.33** to the Plaintiffs' counsel in accord with the parties' invoices to be paid by the Defendant under 31 U.S.C. § 3730(d)(2) on or before **October 15, 2019**; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.